**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID GLENN, | Civil Action No. 16-3797(RMB) |
| Petitioner | |
| v. | **OPINION** |
| UNITED STATES OF AMERICA | |
| Respondent | |

**BUMB, District Judge**

On June 28, 2016, Petitioner, incarcerated in the United States Penitentiary McCreary, in Pine Knot, Kentucky, filed this motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. (ECF No. 1.) On January 7, 2019, Petitioner's mail was returned to the Court as undeliverable. (ECF No. 3.) Petitioner did not advise the Court of his new address.

I.   DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a Plaintiff's complaint without prejudice is an appropriate remedy for noncompliance with this rule. See Archie v. Dept. of Corr., Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases).

Mail sent to Petitioner's last known address was returned. To date, Petitioner has not informed the Court of his new address.

II. CONCLUSION

The Court will dismiss this case without prejudice pursuant to Local Rule 10.1  An appropriate order follows.

Dated: August 15, 2019

                                          s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**